UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:08−bk−15528−CPM
Chapter 13

Kenneth Alan Lohr
206 Old Oak Circle
Palm Harbor, FL 34683

       Debtor*     /

ORDER ON MOTION FOR REHEARING OR RECONSIDERATION

   THIS CASE came on for consideration upon the Motion for Rehearing or Reconsideration (Doc. # 93 ) filed by the debtor , regarding this Court's Order titled Order Continuing and Rescheduling Hearing on Roberta Lohr's Motion for Relief from Stay; and Conditionally Granting Roberta Lohr's Motion to Dismiss Case For Failure To Make Post−Petition Payments , entered on July 2, 2009 . The Court having considered the motion, together with the record, finds that the movant, together with all interested parties, should be allowed to argue the merits of the motion. Accordingly, it is

   ORDERED:

   1. That the oral argument on the merits of the Motion for Rehearing or Reconsideration filed by the debtor is hereby scheduled for hearing on August 19, 2009 at 1:30p.m. in Tampa, FL − Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue .

   Appropriate Courtroom Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice as an additional security measure a photo ID is required for entry into the Courthouse.

DONE AND ORDERED on August 7, 2009 .

_____
Catherine Peek McEwen
United States Bankruptcy Judge

* All references to "Debtor shall include and refer to both of the debtors in a case filed jointly by two individuals.