# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In re:                                                    Case No. 8:08−bk−15528−CPM
                                                          Chapter 13

Kenneth Alan Lohr
206 Old Oak Circle
Palm Harbor, FL 34683

_____    Debtors(s)    /

## NOTICE OF CONTINUED HEARING

   Be advised that the hearing regarding the Motion for Relief from Stay by Roberta Lohr that was held on August 19, 2009 has been continued to 1/27/10 at 03:00 PM, before the Honorable Catherine Peek McEwen, in Tampa, FL − Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue

   Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

   Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

   DATED on September 1, 2009

                        FOR THE COURT
                        Lee Ann Bennett , Clerk of Court
                        Sam M. Gibbons United States
                        Courthouse
                        801 North Florida Avenue, Suite 555
                        Tampa, FL 33602